UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TANDBERG DATA, INC.,

Plaintiff,

v.

BREECE HILL TECHNOLOGIES, INC.,

Defendant.

Case No. 00-1669 DWF/AJB

NOTICE OF CANCELLATION

---

You are hereby given notice that the pretrial conference scheduled to be held on September 21, 2000, at 2:45 p.m., in Room 638 of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge has been **canceled**.

Dated: 8/22/00

Arthur J. Boylan
U. S. Magistrate Judge

Filed AUG 22 2000
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________